**10**

Before: GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

### ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of first degree murder, § 565.020.1, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994. He was sentenced by the court as a prior, persistent and class X offender to life imprisonment without possibility of probation or parole for the murder and a consecutive life term for the armed criminal action. He also appeals from the denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. We affirm.

Defendant addresses no points on appeal to the denial of his Rule 29.15 motion; that appeal is considered abandoned. *See State v. Nelson,* 818 S.W.2d 285, 287 (Mo.App.1991). We have reviewed the record and find the claim of error on direct appeal to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment. Rules 30.25(b) and 84.16(b).

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Defendant appeals from an order denying her Rule 24.035 motion seeking to vacate the judgment entered on her plea of guilty to the charge of distributing a controlled substance in violation of § 195.211 RSMo Cum.Supp. 1992.

We have reviewed the briefs of the parties and the record on appeal and find that the judgment of the motion court is not clearly erroneous. Defendant's sole point on appeal that the trial court did not issue sufficient findings of fact and conclusions of law is erroneous. We have reviewed the findings and find them sufficient to permit appellate review. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

■

**Phyllis A. COLLIER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 67515.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 13, 1995.

**STATE of Missouri, Respondent,**

v.

**Alexander BROWN, Appellant.**

**Alexander BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 66159, 67530.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 13, 1995.